IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LARRY DALE JOHNSON, :
      Petitioner :
      v. :Case No. 3:11-cv-159-KRG-KAP
WARDEN, F.C.I. FORT DIX, :
      Respondent :

MEMORANDUM ORDER

Petitioner's motion for reconsideration, docket no. 23, was referred to Magistrate Judge Keith A. Pesto in accordance with 28 U.S.C.§ 636(b) and Local Rule 72 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on October 15, 2012, docket no. 25, recommending that the motion be denied. The parties were notified, pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to serve and file written objections to the Report and Recommendation. Petitioner filed timely objections, docket no. 26, that are meritless.

Upon de novo review of the record of this matter, the following order is entered:

AND NOW, this __3rd__ day of December 2012, it is

ORDERED that the motion for reconsideration, docket no. 23, is denied.  The Clerk shall note petitioner's change of address.

BY THE COURT:

_____
KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

>Larry D. Johnson, Reg. No. 65400-065
>c/o Tom Barrett
>Solano County Public Defender's Office
>675 Texas Street
>Fairfield, CA 94533